UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 4, 1999

MEMO TO COUNSEL RE: Ohio Electronic Engravers, Inc. v.
Dampskibsselskabet Af 1912,
Civil No. JFM-97-4299

Dear Counsel:

In accordance with Mr. Skeen's request, the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| January 4, 2000 | Discovery deadline; status report due |
| February 1, 2000 | Summary judgment motions deadline (subject to the procedure set forth in L.R. 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

