UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 6, 2000

Memo to Counsel Re: Ohio Electronic Engravers, Inc. v. Dampskibsselskabet
Civil No. JFM-97-4299

Dear Counsel:

I have reviewed your two letters of January 4, 2000. The schedule is hereby modified as follows:

| | |
|---|---|
| January 20, 2000 | Deadline for plaintiff to submit responses to defendants' outstanding discovery requests |
| March 3, 2000 | Discovery deadline |
| April 7, 2000 | Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File