IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------------------------------x

OHIO ELECTRONIC ENGRAVERS, INC.,

                Plaintiff,

v.

DAMPSKIBSSELSKABET AF 1912
AKTIESELSKAB AND AKTIESELSKABET
DAMPSKIBSSELSKABET SVENDBORG
trading as MAERSK LINE, *in personam*, et al.

------------------------------------------------------------x

CIVIL ACTION
NO. JFM-97-4299

SUBSTITUTION OF ATTORNEY

FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAR 1 0 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

The undersigned hereby consent to the substitution of James W. Carbin, Esq. as attorney for defendant, Circle International, Inc.

**WITHDRAWING ATTORNEYS**

DONOVAN, PARRY,
McDERMOTT & RADZIK
Wall Street Plaza
88 Pine Street
New York, New York 10005

BY: _____
THOMAS P. PARRY, ESQ.
(TPP-8519)

DATED: February 25, 2000

NWK\17645.1

**SUPERSEDING ATTORNEY**

JAMES W. CARBIN, ESQ.
One Riverfront Plaza
Newark, New Jersey 07102

BY: _____
JAMES W. CARBIN, ESQ.
(JC-5004)

DATED: February 22, 2000

STATE OF NEW JERSEY   )
                      ) S.S.:
COUNTY OF ESSEX       )

    Celeste F. Figueroa, being duly sworn, deposes and says:

1.    I am not a party to this action, I am over eighteen years of age, and live in Middlesex County, New Jersey.

2.    On the 7th day of March, 2000, I served the attached Substitution of Attorney upon the following:

**David W. Skeen, Esq.**
**Wright, Constable & Skeen**
**One Charles Center, 16th Floor**
**100 North Charles Street**
**Baltimore, Maryland 21201-3812**

**Geoffrey S. Tobias, Esq.**
**Ober, Kaler, Grimes & Shriver**
**120 East Baltimore Street - 8th Floor**
**Baltimore, Maryland 21202-1643**

by depositing true copies of same in a properly addressed wrapper, postage prepaid regular class, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey.

                                      */s/ Celeste F. Figueroa*
                                      Celeste F. Figueroa

Sworn to before me on this
_____ day of March 2000.

*/s/ Veronica M. Marshman*
VERONICA M. MARSHMAN
A Notary Public of New Jersey
My Commission Expires March 7, 2004