

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

<div style="float:left">

John Brentnall Powell, Jr.
Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Frederick L. Kobb
Paul F. Evelius
Lois Fenner McBride
Mary Alice Smolarek*
Charles J. Morton, Jr.

Associates
  Carol J. Beyers
  Tracey King Seitz*
  Nicole E. Ames**
  Eric R. Smith
  Howard S. Stevens*

Of Counsel
  C. Gordon Haines*
  Francis N. Iglehart
  P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone  410-825-0750
  Fax    410-825-0715

</div>

April 26, 2000

WRITER'S DIRECT DIAL
(410) 659-1305

_____FILED   _____ENTERED
_____LODGED  _____RECEIVED

MAY 1 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                      DEPUTY

The Honorable J. Frederick Motz
Chief Judge
United States District Court
for the District of Maryland
101 W. Lombard Street, Room 510
Baltimore, Maryland  21202

Re:  Ohio Electronic Engravers, Inc.
     v. Dampskibsselskabet Af 1912,
     t/a Maersk Line, Inc., et al.
     Civil Action No. JFM-97-4299

Dear Chief Judge Motz:

We are writing with a joint request for a revision in the briefing schedule with respect to Maersk Line and Circle Motions for Summary Judgment. Because of various scheduling commitments on all sides, we jointly request that the time for filing of plaintiff's response brief to both Motions be extended to May 17, 2000 and any reply briefs be filed by defendant's counsel on or before June 12, 2000. We thank you for consideration of our request.

Very truly yours,

David W. Skeen

cc:  JoAnne Zawitoski, Esq.
     John Sippel, Esq.

77345 v 1.0 (01862.00048)

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia