IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| OHIO ELECTRONIC ENGRAVERS, INC. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. JFM-97-4299 |
| DAMPSKIBSSELSKABET AF 1912 AKTIESELSKAB AND AKTIESELSKABET DAMPSKIBSSELSKABET SVENDBORG trading as MAERSK LINE in personam, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * *

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Alison E. Goldenberg as additional counsel for Defendant, Circle International, Inc. Semmes, Bowen & Semmes, JoAnne Zawitoski and Alexander M. Giles will remain as counsel for Defendant, Circle International, Inc.

Alison E. Goldenberg
Federal Bar No. 024778

JoAnne Zawitoski
Federal Bar No. 00698

Alexander M. Giles
Federal Bar No. 25474
Semmes Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040
Attorneys for Defendant,
Circle International, Inc.

OF COUNSEL:

James W. Carbin, Esquire
(JC5004)
Duane, Morris & Heckscher
One Riverfront Plaza
Newark, New Jersey 07102

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19__ day of July, 2000, a copy of the foregoing Notice of Withdrawal of Appearance was mailed by first-class mail, postage prepaid, to the following:

> David W. Skeen, Esquire
> Wright, Constable & Skeen
> One Charles Center, 16th Floor
> 100 North Charles Street
> Baltimore, Maryland  21201-3812
>
> Geoffrey S. Tobias, Esquire
> John W. Sippel, Jr., Esquire
> Ober, Kaler, Grimes & Shriver, P.C.
> 120 East Baltimore Street - 8th Floor
> Baltimore, Maryland  21202-1643

*[signature]*
Alison E. Goldenberg

(B0137190.WPD;1)
19473:00001