IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OHIO ELECTRONIC ENGRAVERS, INC.  *
    Plaintiff                                         *
                                                 *
               v.                                   *  **Civil No. JFM-97-4299**
                                                 *
DAMPSKIBSSELSKABET AF 1912      *
AKTIESELSKAB AND                      *
AKTIESELSKABET                            *
DAMPSKIBSSELSKABET SVENDBORG *
trading as MAERSK LINE                  *
in personam, et al.,                         *
    Defendants                                *
                                          *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 30th day of August, 2000

ORDERED

    1. Defendant Circle International's motion for summary judgment is granted;

    2. Defendant Dampskibsselskabet AF's motion for summary judgment is granted;

    3. Judgment entered in favor of defendants against plaintiff; and

    4. The Clerk is directed to close this file.

                                                                                     _____
                                                                                     J. Frederick Motz
                                                                                     United States District Judge